UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Michael John McLeod, et al. Individually and on behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br>v.<br><br>VALVE CORPORATION, a Washington corporation<br><br>        Defendant. | Case No. 3:16-cv-01018 (AWT)<br><br><br><br>July 26, 2016 |

**APPEARANCE**

To the Clerk of this Court and all parties of record, please enter my appearance in this case for the defendant, Valve Corporation.

                DEFENDANT,
                VALVE CORPORATION

        By:     /s/ Timothy A. Diemand
                Timothy A. Diemand (ct18075)
                Wiggin and Dana LLP
                20 Church Street
                Hartford, CT 06103-3402
                Tel. (860) 297-3700
                Fax. (860) 525-9380
                Email: tdiemand@wiggin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2016, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      /s/ Timothy A. Diemand
Timothy A. Diemand (ct18075)
Wiggin and Dana LLP
20 Church Street
Hartford, CT 06103-3402
Tel. (860) 297-3700
Fax (860) 525-9380
Email: tdiemand@wiggin.com

25920\1\3508601.v1