# UNITED STATES DISTRICT COURT
# THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Michael John McLeod, et al.<br>Individually and on behalf of All Others<br>Similarly Situated,<br><br>    Plaintiffs,<br>vs.<br><br>VALVE CORPORATION, a Washington corporation,<br><br>    Defendant. | Case No. 3:16-cv-01018 (AWT)<br><br>July 26, 2016 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant in this action states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

        VALVE CORPORATION

         /s/ Timothy A. Diemand
        Robert M. Langer (ct06305)
        Timothy A. Diemand (ct18075)
        Wiggin and Dana LLP
        20 Church Street
        Hartford, Connecticut 06103
        Phone: (860) 297-3700
        Facsimile:  (860) 585-9380
        E-mail:  rlanger@wiggin.com
            tdiemand@wiggin.com

        Gavin W. Skok (*pro hac vice pending*)
        Riddell Williams
        1001 Fourth Avenue
        Suite 4500
        Seattle, Washington 98154
        Phone: (206) 624-3600
        Facsimile: (206) 389-1708
        Email:  gskok@riddellwilliams.com

## **CERTIFICATION**

I hereby certify that on July 26, 2016, a copy of the foregoing Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/ Timothy A. Diemand
                                    Timothy A. Diemand (ct18075)
                                    Wiggin and Dana LLP
                                    20 Church Street
                                    Hartford, CT 06103-3402
                                    Tel (860) 297-3700
                                    Fax (860) 525-9380
                                    Email: tdiemand@wiggin.com

25920\1\3508609.v1