UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Michael John McLeod, et al.<br>Individually and on behalf of All Others<br>Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VALVE CORPORATION, a Washington<br>corporation,<br><br>　　　　　Defendant. | Case No. 3:16-cv-01018-AWT<br><br><br><br><br><br>July 26, 2016 |

## DEFENDANT VALVE CORPORATION'S MOTION TO TRANSFER
## FOR *FORUM NON CONVENIENS*

　　　　Defendant, Valve Corporation ("Valve"), moves the Court to transfer this action to the Western District of Washington pursuant to 28 U.S.C. § 1404(a), which permits a district court to "transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." As explained in the accompanying memorandum of law, the case should be transferred because a valid forum-selection clause mandates that the case be commenced and maintained exclusively in King County, Washington.

　　　　DATED this 26th day of July, 2016.

RIDDELL WILLIAMS P.S.

By   /s/ Gavin W. Skok
Its Attorney
Gavin W. Skok, WSBA #29766
(*pro hac vice pending*)
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Ph. (206) 624-3600
Fax (206) 389-1736
gskok@riddellwilliams.com

WIGGIN AND DANA LLP

By   /s/ Timothy A. Diemand
Its Attorney
Robert M. Langer, Federal Bar #ct06305
Timothy A. Diemand, Federal Bar #ct18075
20 Church Street, 16th Floor
Hartford, Connecticut 06103
Ph. (860) 297-3700
Fax (860) 525-9380
rlanger@wiggin.com
tdiemand@wiggin.com

*Attorneys for Defendant Valve Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2016, a copy of the foregoing Motion to Transfer for *Forum Non Conveniens* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

    /s/ Timothy A. Diemand
Timothy A. Diemand, Federal Bar #ct18075
Wiggin and Dana LLP
20 Church Street
Hartford, CT 06103-3402
Ph. (860) 297-3700
Fax (860) 525-9380
tdiemand@wiggin.com

25920\1\3512957.v1

3

4844-8491-6021.01