UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Michael John McLeod, et al. Individually and on behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VALVE CORPORATION, a Washington corporation , <br><br> Defendant. | No. 3:16-cv-01018-AWT |

**DECLARATION OF CHRISTOPHER BOYD IN SUPPORT OF
MOTION TO TRANSFER FOR *FORUM NON CONVENIENS***

I, Christopher Boyd, declare as follows:

1.      I have been employed by Valve Corporation ("Valve") since 2008. I am a Software Engineer at Valve, with responsibility for various aspects of our Steam service. I am over the age of eighteen and competent to testify. I make this declaration on personal knowledge.

2.      Valve is in the business of developing and distributing video games and content for use on personal computers. Valve also operates the Steam digital distribution and online gaming platform. Over 4000 game titles are available on Steam. Steam includes an online store, where users can purchase subscriptions to games to be added to their Steam library. Steam also features a "Steam Wallet" for virtual Steam currency that subscribers can fund using various payment methods. That virtual Steam Wallet currency can then later be used to purchase digital content and subscriptions to games.

3.      Counter-Strike: Global Offensive ("CS:GO") is a video game developed and distributed by Valve, shown here: http://store.steampowered.com/app/730/. It is a multiplayer

1

first-person shooter video game where two teams compete to complete objectives or eliminate the enemy team.

4.      Valve is a Washington State corporation, located in Bellevue, Washington. Substantially all of Valve's employees work in Washington, including all officers and directors of the company. Valve's software and website development and design teams are located in Bellevue, Washington, as are the Valve employees who design, develop, maintain, manage and distribute Steam and CS:GO. Valve's documents and other materials relevant to the design, development, maintenance, and distribution of Steam and CS:GO are also located in Bellevue, Washington, as are Valve's other books and records.

5.      CS:GO includes virtual items such as weapons. CS:GO weapons may have different finishes or textures. These are often referred to as "skins." Skins are entirely cosmetic and do not affect gameplay; they only change how weapons look. Skins can be collected when playing CS:GO, for example by opening weapon "crates" during game play. Skins can also be acquired through trades with other players over Steam using CS:GO's trade feature. Steam subscribers may also "buy" and "sell" skins in the Steam Market using virtual Steam currency in their Steam Wallet. CS:GO players may buy, sell and trade skins with each other within Steam with proceeds deposited in their Steam Wallets.

6.      In order to use Steam a user must first create a Steam account. A user can create a Steam account in two primary ways. The user can either (1) create an account on the "Create an Account" webpage accessible through the Steam website at http://store.steampowered.com/ or (2) create an account through the "Steam client," a software program that the user installs on his or her computer. As part of both of these account-creation methods, the user is presented with the Steam Subscriber Agreement ("SSA").

7.      If the user creates an account on the "Create an Account" webpage, the SSA appears on the same account-creation screen used to create a Steam username and password, under instructions stating: "Please review the agreement(s) below and agree by selecting the

checkbox(es) at the bottom of the page.  You must agree with the terms of these agreements to continue." Attached as Exhibit A is an accurate screenshot of this webpage that any user would see when creating a Steam account.

8.     A Steam account cannot be created on the "Create an Account" webpage unless the subscriber accepts the SSA by clicking a box under the SSA stating "I agree AND am 13 years of age or older."  If a user attempts to create an account without clicking that box to accept the SSA, the screen refreshes and a notice appears at the top of the webpage, stating, "You must agree to the Steam Subscriber Agreement to continue."  Attached as Exhibit B is an accurate screenshot demonstrating this result that occurs if a user fails to click the "I agree" box.  It is impossible to create a Steam account unless the user affirmatively indicates his or her acceptance of the SSA.

9.     If the user creates an account through the Steam client, the SSA appears in a box that must be reviewed as part of the process of creating a Steam account on the user's computer. The instructions under the SSA state, "Please read this agreement in its entirety.  You must agree with the terms of the Steam Subscriber Agreement to continue."  In order to continue with the account-creation process, the user must click a box that states, "I AGREE."  The user cannot create a Steam account during this process unless he or she clicks the box that states, "I AGREE"; the only other options are to go back to the previous screen or cancel the account-creation process.  Attached as Exhibit C is an accurate screenshot of the box that any user would see when creating a Steam account.   If the user is creating an account through Steam Big Picture mode, the pages would be formatted differently than shown, but acceptance of the SSA by clicking the "I AGREE" button is required.[1]

---

[1] Valve formerly supported the creation of Steam accounts through the Play Station Network.   That method, now obsolete, also required affirmative assent to the same SSA before the user was allowed to make a purchase.

3

10.     I reviewed records that Valve maintains in the regular course of its business, which I have access to and regularly use in my work for Valve. From those records, I determined that the processes for setting up a Steam account have been the same as I described in Paragraphs 6–9 from January 1, 2012 to the present. At all times creating a Steam account required the user to indicate his affirmative acceptance of the SSA before an account can be created.

11.     After setting up an account, a Steam subscriber may purchase subscriptions to video games or other digital content on Steam. Before Steam will allow a subscriber to complete any such purchase, he or she must click a box that states, "I agree to the terms of the Steam Subscriber Agreement." The SSA is hyperlinked to the words "Steam Subscriber Agreement." Attached as Exhibit D is an accurate screenshot demonstrating this process.[2]

12.     If a subscriber does not click the box at checkout to agree anew to the SSA when making a purchase through Steam, the screen refreshes and a notice appears at the top of the webpage, saying, "You must agree to the terms of the Steam Subscriber Agreement to complete this transaction." Attached as Exhibit E is an accurate screenshot demonstrating this result that would have occurred if a user failed to click the "I agree" box. The user cannot complete any purchase until he or she clicks the box to accept the SSA again.

13.     I determined from my review of Valve's records that the process for SSA assent by the purchaser through Steam has been the same as I described in Paragraphs 11-12 from January 1, 2012 to the present.

14.     From my review of Valve's records regarding the SSA, I determined that the document attached as Exhibit F is an accurate copy of the SSA as of May 6, 2016. It has not changed since then. I also confirmed from Valve's records that each of the versions of the SSA

---

[2] An address and phone number were entered into the required fields to create the screenshots that appear in Exhibits D and E. Those items were redacted from Exhibits D and E for privacy reasons.

4831-8629-7396.10
63478.00052

from January 1, 2012 to the present include language specifying Washington jurisdiction and venue that matches Section 10 of Exhibit F.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 26, 2016, at Bellevue, Washington.

Christopher Boyd

# EXHIBIT A



# Create an Account

STORE   COMMUNITY   ABOUT   SUPPORT

Install Steam   login   language ▼

Home

## Create an Account

Create a Steam account name

Check availability

Choose a password

Re-enter password

Your current email address

Your email address is used to confirm purchases and help you manage access to your Steam account.

Re-enter email address

Steam will send a confirmation email to this account. Please follow the link in the mail to verify your email account with Steam.

Refresh

Enter the characters above

Please review the agreement(s) below and agree by selecting the checkbox(es) at the bottom of the page. You must agree with the terms of these agreements to continue.

### STEAM® SUBSCRIBER AGREEMENT

This Steam Subscriber Agreement ("Agreement") is a legal document that explains your rights and obligations as a subscriber of Steam from either Valve Corporation ("Valve") or, as applicable, Valve S.a r.l ("Valve EU"). Please read it carefully.

SECTION 11 CONTAINS A BINDING ARBITRATION AGREEMENT AND CLASS ACTION WAIVER. IT MAY AFFECT YOUR LEGAL RIGHTS. PLEASE READ IT.

1. REGISTRATION AS A SUBSCRIBER, APPLICATION OF TERMS TO YOU, YOUR ACCOUNT

Steam is an online service offered by Valve.

You become a subscriber of Steam ("Subscriber") by completing the registration of a Steam user account. This Agreement takes effect as soon as you indicate your acceptance of these terms.

A. Contracting Party

For any interaction with Steam other than the purchase of physical merchandise, your contractual relationship is with Valve. Except as otherwise indicated at the time of the transaction (such as in the case of purchases from another Subscriber in a Subscription Marketplace), any transactions for Subscriptions (as defined below) you make on Steam are being made from Valve.

Sales of physical merchandise ('Hardware') via Steam shall be governed by the following terms.

Unless you are a Subscriber whose primary residence is in one of the member countries of the

☐ I agree AND am 13 years of age or older

Valve Privacy Policy                                              Create my account

### WHY JOIN STEAM?

- Buy and download full retail games
- Join the Steam Community
- Chat with your friends while gaming
- Play your games on any supported platform
- Schedule a game, tournament, or LAN party
- Receive automatic game updates, and more!

System Requirements

Windows XP, Vista, or 7
512 MB RAM
1 Ghz or faster processor

Intel Mac, OS X version 10.7 (Lion), or later
Two-button mouse strongly recommended

1GB HD space (recommended)
Internet connection (broadband recommended)

Learn more about Steam.

# EXHIBIT B



Create an Account ×

Install Steam login | language

STEAM STORE COMMUNITY ABOUT SUPPORT

# Create an Account

You must agree to the Steam Subscriber Agreement to continue.

Create a Steam account name

CSGO__Lawsuit

Check availability

Choose a password

●●●●●●●●●

Re-enter password

●●●●●●●●●

Your current email address

CSGO_Lawsuit@hotmail.com

Your email address is used to confirm purchases and help you manage access to your Steam account.

Re-enter email address

CSGO_Lawsuit@hotmail.com

Steam will send a confirmation email to this account. Please follow the link in the mail to verify your email account with Steam.

Refresh

Enter the characters above

9GCJPA

Please review the agreement(s) below and agree by selecting the checkbox(es) at the bottom of the page. You must agree with the terms of these agreements to continue.

## STEAM® SUBSCRIBER AGREEMENT

This Steam Subscriber Agreement ("Agreement") is a legal document that explains your rights and obligations as a subscriber of Steam from either Valve Corporation ("Valve") or, as applicable, Valve S.a.r.l. ("Valve EU"). Please read it carefully.

SECTION 11 CONTAINS A BINDING ARBITRATION AGREEMENT AND CLASS ACTION WAIVER. IT MAY AFFECT YOUR LEGAL RIGHTS. PLEASE READ IT.

1. REGISTRATION AS A SUBSCRIBER; APPLICATION OF TERMS TO YOU; YOUR ACCOUNT

Steam is an online service offered by Valve.

You become a subscriber of Steam ("Subscriber") by completing the registration of a Steam user account. This Agreement takes effect as soon as you indicate your acceptance of these terms.

A. Contracting Party

For any interaction with Steam other than the purchase of physical merchandise, your contractual relationship is with Valve. Except as otherwise indicated at the time of the transaction (such as in the case of purchases from another Subscriber in a Subscription Marketplace), any transactions for Subscriptions (as defined below) you make on Steam are being made from Valve.

Sales of physical merchandise ("Hardware") via Steam shall be governed by the following terms.

Unless you are a Subscriber whose primary residence is in one of the member countries of the

☐ I agree AND am 13 years of age or older

Valve Privacy Policy

Create my account

WHY JOIN STEAM?

- Buy and download full retail games
- Join the Steam Community
- Chat with your friends while gaming
- Play your games on any supported platform
- Schedule a game, tournament, or LAN party
- Receive automatic game updates, and more!

System Requirements

Windows XP, Vista, or 7
512 MB RAM
1 Ghz or faster processor

Intel Mac, OS X version 10.7 (Lion), or later
Two-button mouse strongly recommended

1GB HD space (recommended)
Internet connection (broadband recommended)

Learn more about Steam.

# EXHIBIT C



# EXHIBIT D



Payment Info ▸ **Review + Purchase**

⊙ STEAM

**Purchasing on Steam**

Counter-Strike: Global Offensive      STEAM ▐▐ 🍎 ⦿      $14.99

Counter-Strike: Global Offensive can only be purchased for your own account at this time.

It cannot be purchased as a gift.

When you submit your payment information your data is protected by Secure Socket Layer (SSL) technology certified by a digital certificate.

Once you've completed this transaction, you'll receive an email message confirming receipt of your purchase.

Subtotal:   $14.99
Tax:   $1.30

Total   $16.29

Visa ending in 8850 (Change)

None: this purchase is for your own account.

csgo_lawsuit

☐ I agree to the terms of the Steam Subscriber Agreement (last updated Jan 1.)

Purchase

Confirmation will be emailed to your address at hotmail.com.

# EXHIBIT E



Payment Info  ▸  **Review + Purchase**

STEAM

You must agree to the terms of the Steam Subscriber Agreement to complete this transaction.

**Purchasing on Steam**

When you submit your payment information your data is protected by Secure Socket Layer (SSL) technology certified by a digital certificate.

Once you've completed this transaction, you'll receive an email message confirming receipt of your purchase.

Counter-Strike: Global Offensive          STEAM    $14.99

Counter-Strike: Global Offensive can only be purchased for your own account at this time.

It cannot be purchased as a gift.

| | |
|---|---|
| Subtotal | $14.99 |
| Tax | $1.30 |
| Total | $16.29 |

Visa ending in 9650 (Change)

None; this purchase is for your own account.

csgo_lawsuit

☐ I agree to the terms of the Steam Subscriber Agreement (last updated Jan 1.)

Purchase

Confirmation will be emailed to your address at hotmail.com

# EXHIBIT F

Steam Subscriber Agreement                                          Page 1 of 8

 STORE  COMMUNITY  ABOUT  SUPPORT        Install Steam   login  |  language ▼

Home
# Steam Subscriber Agreement

## STEAM® SUBSCRIBER AGREEMENT

This Steam Subscriber Agreement ("Agreement") is a legal document that explains your rights and obligations as a subscriber of Steam from either Valve Corporation ("Valve") or, as applicable, Valve S.a.r.l ("Valve EU"). Please read it carefully.

SECTION 11 CONTAINS A BINDING ARBITRATION AGREEMENT AND CLASS ACTION WAIVER. IT MAY AFFECT YOUR LEGAL RIGHTS. PLEASE READ IT.

### 1. REGISTRATION AS A SUBSCRIBER; APPLICATION OF TERMS TO YOU; YOUR ACCOUNT

Steam is an online service offered by Valve.

You become a subscriber of Steam ("Subscriber") by completing the registration of a Steam user account. This Agreement takes effect as soon as you indicate your acceptance of these terms.

#### A. Contracting Party

For any interaction with Steam other than the purchase of physical merchandise, your contractual relationship is with Valve. Except as otherwise indicated at the time of the transaction (such as in the case of purchases from another Subscriber in a Subscription Marketplace), any transactions for Subscriptions (as defined below) you make on Steam are being made from Valve.

Sales of physical merchandise ("Hardware") via Steam shall be governed by the following terms:

- Unless you are a Subscriber whose primary residence is in one of the member countries of the European Union (an "EU Subscriber"), any sales of Hardware on Steam are made from, and your contractual relationship is with, Valve.

- If you are an EU subscriber, any sales of Hardware on Steam are made from, and your contractual relationship is with, Valve EU, 26 Boulevard Royal, L-2449 Luxembourg.

#### B. Subscriptions; Content and Services

As a Subscriber you may obtain access to certain services, software and content available to Subscribers. The Steam client software and any other software, content, and updates you download or access via Steam, including but not limited to Valve or third-party video games and in-game content, and any virtual items you trade, sell or purchase in a Steam Subscription Marketplace are referred to in this Agreement as "Content and Services"; the rights to access and/or use any Contents and Services accessible through Steam are referred to in this Agreement as "Subscriptions."

Each Subscription allows you to access particular Content and Services. Some Subscriptions may impose additional terms specific to that Subscription ("Subscription Terms") (for example, an end user license agreement specific to a particular game, or terms of use specific to a particular product or feature of Steam). Also, additional terms (for example, payment and billing procedures) may be posted on http://www.steampowered.com or within the Steam service ("Rules of Use"). Rules of Use include the Steam Online Conduct Rules http://steampowered.com/index.php?area=online_conduct and the Steam Refund Policy http://store.steampowered.com/steam_refunds. The Subscription Terms, the Rules of Use, and the Valve Privacy Policy (which can be found at http://www.valvesoftware.com/privacy.htm) are binding on you once you indicate your acceptance of them or of this Agreement, or otherwise become bound by them as described in Section 8 (Amendments to this Agreement).

#### C. Your Account

When you complete Steam's registration process, you create a Steam account ("Account"). Your Account may also include billing information you provide to Valve for the purchase of Subscriptions, Content and Services and Hardware. You may not reveal, share or otherwise allow others to use your password or Account except as otherwise specifically authorized by Valve. Any use of your Account with your login and/or password is deemed made by you and you are responsible for it and for the security of your computer system. Valve is not responsible for the use of your password and Account or for all of the communication and activity on Steam that results from use of your login name and password. You may not sell or charge others for the right to use your Account, or otherwise transfer your Account, nor may you sell, charge others for the right to use, or transfer any Subscriptions other than if and as expressly permitted by this Agreement (including any Subscription Terms or Rules of Use) or as otherwise specifically permitted by Valve.

### 2. LICENSES

#### A. General Content and Services License

Steam and your Subscription(s) require the automatic download and installation of Content and Services onto your computer. Valve hereby grants, and you accept, a non-exclusive license and right, to use the Content and Services for your personal, non-commercial use (except where commercial use is expressly allowed herein or in the applicable Subscription Terms). This license ends upon termination of (a) this Agreement or (b) a Subscription that includes the license. The Content and Services are licensed, not sold. Your

license confers no title or ownership in the Content and Services. To make use of the Content and Services, you must have a Steam Account and you may be required to be running the Steam client and maintaining a connection to the Internet.

For reasons that include, without limitation, system security, stability, and multiplayer interoperability, Steam may need to automatically update, pre-load, create new versions of or otherwise enhance the Content and Services and accordingly, the system requirements to use the Content and Services may change over time. You consent to such automatic updating. You understand that this Agreement (including applicable Subscription Terms) does not entitle you to future updates, new versions or other enhancements of the Content and Services associated with a particular Subscription, although Valve may choose to provide such updates, etc. in its sole discretion.

B. Beta Software License

Valve may from time to time make software accessible to you via Steam prior to the general commercial release of such software ("Beta Software"). You are not required to use Beta Software, but if Valve offers it, you may elect to use it under the following terms. Beta Software will be deemed to consist of Content and Services, and each item of Beta Software provided will be deemed a Subscription for such Beta Software, with the following provisions specific to Beta Software:

- Your right to use the Beta Software may be limited in time, and may be subject to additional Subscription Terms;

- Valve or any Valve affiliate may request or require that you provide suggestions, feedback, or data regarding your use of the Beta Software, which will be deemed User Generated Content under Section 6 (User Generated Content) below; and

- In addition to the waivers and limitations of liability for all Software under Section 7 (Disclaimers; Limitations on Liability; No Guarantees; Limited Warranty) below, you specifically acknowledge that Beta Software contains errors, is not final and may create incompatibilities or damage to your computer, data, and/or software. If you decide to install and/or use Beta Software, you shall only use it in compliance with its purposes, i.e. for testing and improvement purposes and in any case not on a system or for purposes where the malfunction of the Beta Software can cause any kind of damage. In particular, maintain full backups of any system that you choose to install Beta Software on.

C. License to Use Valve Developer Tools

Your Subscription(s) may include access to various Valve tools that can be used to create content ("Developer Tools"). Some examples include: the Valve software development kit (the "SDK") for a version of the computer game engine known as "Source" (the "Source Engine") and the associated Valve Hammer editor, The Source® Filmmaker Software, or in-game tools through which you can edit or create derivative works of a Valve game. Particular Developer Tools (for example, The Source® Filmmaker Software) may be distributed with separate Subscription Terms that are different from the rules set forth in this Section. Otherwise, you may use the Developer Tools, and you may use, reproduce, publish, perform, display and distribute any content you create using the Developer Tools, however you wish, but solely on a non-commercial basis.

If you would like to use the Source Engine SDK or other Valve Developer Tools for commercial use, please contact Valve at sourceengine@valvesoftware.com.

D. License to Use Valve Game Content in Fan Art.

Valve appreciates the community of Subscribers that creates fan art, fan fiction, and audio-visual works that reference Valve games ("Fan Art"). You may incorporate content from Valve games into your Fan Art. Except as otherwise set forth in this Section or in any Subscription Terms, you may use, reproduce, publish, perform, display and distribute Fan Art that incorporates content from Valve games however you wish, but solely on a non-commercial basis.

If you incorporate any third-party content in any Fan Art, you must be sure to obtain all necessary rights from the owner of that content.

Commercial use of some Valve game content is permitted via features such as Steam Workshop or a Steam Subscription Marketplace. Terms applicable to that use are set forth in Section 3.D. and 6.B. below and in any Subscription Terms provided for those features.

To view the Valve video policy containing additional terms covering the use of audio-visual works incorporating Valve intellectual property or created with The Source® Filmmaker Software, please click here: http://www.valvesoftware.com/videopolicy.html

E. License to Use Valve Dedicated Server Software

Your Subscription(s) may contain access to the Valve Dedicated Server Software. If so, you may use the Valve Dedicated Server Software on an unlimited number of computers for the purpose of hosting online multiplayer games of Valve products. If you wish to operate the Valve Dedicated Server Software, you will be solely responsible for procuring any Internet access, bandwidth, or hardware for such activities and will bear all costs associated therewith.

F. Ownership of Content and Services

All title, ownership rights and intellectual property rights in and to the Content and Services and any and all copies thereof, are owned by Valve and/or its or its affiliates' licensors. All rights are reserved, except as expressly stated herein. The Content and Services is protected by copyright laws, international copyright treaties and conventions and other laws. The Content and Services contains certain licensed materials and Valve's and its affiliates' licensors may protect their rights in the event of any violation of this Agreement.

G. Restrictions on Use of Content and Services

You may not use the Content and Services for any purpose other than the permitted access to Steam and your Subscriptions, and to make personal, non-commercial use of your Subscriptions, except as otherwise permitted by this Agreement or applicable Subscription Terms. Except as otherwise permitted under this Agreement (including any Subscription Terms or Rules of Use), or under applicable law notwithstanding these restrictions, you may not, in whole or in part, copy, photocopy, reproduce, publish, distribute, translate, reverse engineer, derive source code from, modify, disassemble, decompile, create derivative works based on, or remove any proprietary notices or labels from the Content and Services or any software accessed via Steam without the prior consent, in writing, of Valve.

You are entitled to use the Content and Services for your own personal use, but you are not entitled to: (i) sell, grant a security interest in or transfer reproductions of the Content and Services to other parties in any way, nor to rent, lease or license the Content and Services to others without the prior written consent of Valve, except to the extent expressly permitted elsewhere in this Agreement (including any Subscription Terms or Rules of Use); (ii) host or provide matchmaking services for the Content and Services or emulate or redirect the communication protocols used by Valve in any network feature of the Content and Services, through protocol emulation,

tunneling, modifying or adding components to the Content and Services, use of a utility program or any other techniques now known or hereafter developed, for any purpose including, but not limited to network play over the Internet, network play utilizing commercial or non-commercial gaming networks or as part of content aggregation networks, websites or services, without the prior written consent of Valve; or (iii) exploit the Content and Services or any of its parts for any commercial purpose, except as expressly permitted elsewhere in this Agreement (including any Subscription Terms or Rules of Use).

3. BILLING, PAYMENT AND OTHER SUBSCRIPTIONS

All charges incurred on Steam, and all purchases made with the Steam Wallet, are payable in advance and final, except as described in Section 7 below and in the Steam Refund Policy http://store.steampowered.com/steam_refunds.

A. Payment Authorization

When you provide payment information to Valve or to one of its payment processors, you represent to Valve that you are the authorized user of the card, PIN, key or account associated with that payment, and you authorize Valve to charge your credit card or to process your payment with the chosen third-party payment processor for any Subscription, Steam Wallet funds, Hardware or other fees incurred by you. Valve or, as applicable, Valve EU may require you to provide your address or other information in order to meet their obligations under applicable tax law.

For Subscriptions purchased based on an agreed usage period, where recurring payments are made in exchange for continued use ("Recurring Payment Subscriptions"), by continuing to use the Recurring Payment Subscription you agree and reaffirm that Valve is authorized to charge your credit card (or your Steam Wallet, if funded), or to process your payment with any other applicable third-party payment processor, for any applicable recurring payment amounts. If you have purchased any Recurring Payment Subscriptions, you agree to notify Valve promptly of any changes to your credit card account number, its expiration date and/or your billing address, or your PayPal or other payment account number, and you agree to notify Valve promptly if your credit card or PayPal or other payment account expires or is canceled for any reason.

If your use of Steam is subject to any type of use or sales tax, then Valve may also charge you for those taxes, in addition to the Subscription or other fees published in the Rules of Use. The European Union VAT ("VAT") tax amounts collected by Valve or Valve EU reflect VAT due on the value of any Content and Services, Hardware or Subscription.

You agree that you will not use IP proxying or other methods to disguise the place of your residence, whether to circumvent geographical restrictions on game content, to purchase at pricing not applicable to your geography, or for any other purpose. If you do this, Valve may terminate your access to your Account.

B. Responsibility for Charges Associated With Your Account

As the Account holder, you are responsible for all charges incurred, including applicable taxes, and all purchases made by you or anyone that uses your Account, including your family or friends. If you cancel your Account, Valve reserves the right to collect fees, surcharges or costs incurred before cancellation. Any delinquent or unpaid Accounts must be settled before Valve will allow you to register again.

C. Steam Wallet

Steam may make available an account balance associated with your Account (the "Steam Wallet"). You may place funds in your Steam Wallet up to a maximum amount determined by Valve, by credit card, prepaid card, promotional code, or any other payment method accepted by Steam. Within any twenty-four (24) hour period, the total amount stored in your Steam Wallet plus the total amount spent out of your Steam Wallet, in the aggregate, may not exceed US$2,000 or its equivalent in your applicable local currency -- attempted deposits into your Steam Wallet that exceed this threshold may not be credited to your Steam Wallet until your activity falls below this threshold. Valve may change or impose different Steam Wallet balance and usage limits from time to time.

You will be notified by e-mail of any change to the Steam Wallet balance and usage limits within sixty (60) days before the entry into force of the said change. Your continued use of your Steam Account more than thirty (30) days after the entry into force of the changes, will constitute your acceptance of the changes. If you don't agree to the changes, your only remedy is to terminate your Steam Account or to cease use of your Steam Wallet. Valve shall not have any obligation to refund any credits remaining on your Steam Wallet in this case.

You may use Steam Wallet funds to purchase Subscriptions, including by making in-game purchases where Steam Wallet transactions are enabled, and Hardware. Funds added to the Steam Wallet are non-refundable and non-transferable. Steam Wallet funds do not constitute a personal property right, have no value outside Steam and can only be used to purchase Subscriptions and related content via Steam (including but not limited to games and other applications offered through the Steam Store, or in a Steam Subscription Marketplace) and Hardware. Steam Wallet funds have no cash value and are not exchangeable for cash. Steam Wallet funds that are deemed unclaimed property may be turned over to the applicable authority.

D. Trading and Sales of Subscriptions Between Subscribers

Steam may include one or more features or sites that allow Subscribers to trade, sell or purchase certain types of Subscriptions (for example, license rights to virtual items) with, to or from other Subscribers ("Subscription Marketplaces"). An example of a Subscription Marketplace is the Steam Community Market. By using or participating in Subscription Marketplaces, you authorize Valve, on its own behalf or as an agent or licensee of any third-party creator or publisher of the applicable Subscriptions in your Account, to transfer those Subscriptions from your Account in order to give effect to any trade or sale you make.

Valve may charge a fee for trades or sales in a Subscription Marketplace. Any fees will be disclosed to you prior to the completion of the trade or sale.

If you complete a trade, sale or purchase in a Subscription Marketplace, you acknowledge and agree that you are responsible for taxes, if any, which may be due with respect to your transactions, including sales or use taxes, and for compliance with applicable tax laws. Proceeds from sales you make in a Subscription Marketplace may be considered income to you for income tax purposes. You should consult with a tax specialist to determine your tax liability in connection with your activities in any Subscription Marketplace.

You understand and acknowledge that Valve may decide to cease operation of any Subscription Marketplace, change the fees that it charges or change the terms or features of the Steam Subscription Marketplace. Valve shall have no liability to you because of any inability to trade Subscriptions in the Steam Trading Marketplace, including because of discontinuation or changes in the terms, features or eligibility requirements of any Subscription Marketplace.

You also understand and acknowledge that Subscriptions traded, sold or purchased in any Subscription Marketplace are license rights, that you have no ownership interest in such Subscriptions, and that Valve does not recognize any transfers of Subscriptions (including transfers by operation of law) that are made outside of Steam.

### E. Retail Purchase

Valve may offer or require a Subscription for purchasers of retail packaged product versions or OEM versions of Valve products. The "CD-Key" or "Product Key" accompanying such versions is used to activate your Subscription.

### F. Steam Authorized Resellers

You may purchase a Subscription through an authorized reseller of Valve. The "Product Key" accompanying such purchase will be used to activate your Subscription. If you purchase a Subscription from an authorized reseller of Valve, you agree to direct all questions regarding the Product Key to that reseller.

### G. Free Subscriptions

In some cases, Valve may offer a free Subscription to certain services, software and content. As with all Subscriptions, you are always responsible for any Internet service provider, telephone, and other connection fees that you may incur when using Steam, even when Valve offers a free Subscription.

### H. Third Party Sites

Steam may provide links to other third party sites. Some of these sites may charge separate fees, which are not included in and are in addition to any Subscription or other fees that you may pay to Valve. Steam may also provide access to third-party vendors, who provide content, goods and/or services on Steam or the Internet. Any separate charges or obligations you incur in your dealings with these third parties are your responsibility. Valve makes no representations or warranties, either express or implied, regarding any third party site. In particular, Valve makes no representation or warranty that any service or subscription offered via third-party vendors will not change or be suspended or terminated.

### 4. ONLINE CONDUCT, CHEATING AND ILLEGAL BEHAVIOR

You agree that you will be personally responsible for any use of your Account with your login and/or password and for all of the communication and activity on Steam that results from such use of your Account and of Steam, and that Valve is not responsible of the use made of your Account and of all communications and activities on Steam resulting from the use of your Account. If you believe that the confidentiality of your login and/or password may have been compromised, you must notify Valve via the support form (https://support.steampowered.com/newticket.php) without any delay.

Your online conduct and interaction with other Subscribers should be guided by common sense and basic etiquette. Specific requirements may also be found in the Steam Online Conduct rules at http://steampowered.com/index.php?area=online_conduct, other Rules of Use, the Subscription Terms, or in terms of use imposed by third parties who host particular games or other services.

Steam and the Content and Services may include functionality designed to identify software or hardware processes or functionality that may give a player an unfair competitive advantage when playing multiplayer versions of any Content and Services or modifications of Content and Services ("Cheats"). You agree that you will not create Cheats or assist third parties in any way to create or use Cheats. You agree that you will not directly or indirectly disable, circumvent, or otherwise interfere with the operation of software designed to prevent or report the use of Cheats. You acknowledge and agree that either Valve or any online multiplayer host may refuse to allow you to participate in certain online multiplayer games if you use Cheats in connection with Steam or the Content and Services. Further, you acknowledge and agree that an online multiplayer host may report your use of Cheats to Valve, and Valve may communicate your history of use of Cheats to other online multiplayer hosts. Valve may terminate your Account or a particular Subscription for any conduct or activity that Valve believes is illegal, constitutes a Cheat, or otherwise negatively affects the enjoyment of Steam by other Subscribers. You acknowledge that Valve is not required to provide you notice before terminating your Subscriptions(s) and/or Account, but it may choose to do so.

You may not use Cheats, automation software (bots), mods, hacks, or any other unauthorized third-party software, to modify or automate any Subscription Marketplace process.

### 5. THIRD PARTY CONTENT

In regard to all Subscriptions, Contents and Services that are not authored by Valve, Valve does not screen such third party content available on Steam or through other sources. Valve assumes no responsibility or liability for such third party content. Some third party application software is capable of being used by businesses for business purposes - however, you may only acquire such software via Steam for private personal use.

### 6. USER GENERATED CONTENT

### A. General Provisions

"User Generated Content" means any content you make available to other users through your use of multi-user features of Steam, or to Valve or its affiliates through your use of the Content and Services or otherwise.

You grant Valve and its affiliates the worldwide, non-exclusive, right to use, reproduce, modify, create derivative works from, distribute, transmit, transcode, translate, broadcast, and otherwise communicate, and publicly display and publicly perform, your User Generated Content, and derivative works of your User Generated Content, in connection with the operation and promotion of the Steam site. This license is granted to Valve for the entire duration of the intellectual property rights and may be terminated if Valve is in breach of the license and has not cured such breach within fourteen (14) days from receiving notice from you sent to the attention of the Valve Legal Department at the applicable Valve address noted on this Privacy Policy page. The termination of said license does not affect the rights of any sub-licenses pursuant to any sub-license granted by Valve prior to termination of the license. Valve is the sole owner of the derivative works created by Valve from your Content, and is therefore entitled to grant licenses on these derivative works. If you use Valve cloud storage, you grant us a license to store your information as part of that service. Valve may place limits on the amount of storage you may use.

If you provide Valve with any feedback or suggestions about Steam, the Content and Services, or any Valve products or services, Valve is free to use the feedback or suggestions however it chooses, without any obligation to account to you.

**B. Content Uploaded to the Steam Workshop**

Some games or applications available on Steam ("Workshop-Enabled Apps") allow you to create User Generated Content based on or using the Workshop-Enabled App, and to submit that User Generated Content (a "Workshop Contribution") to one or more Steam Workshop web pages. Workshop Contributions can be viewed by the Steam community, and for some categories of Workshop Contributions users may be able to interact with, download or purchase the Workshop Contribution. In some cases, Workshop Contributions may be considered for incorporation by Valve or a third-party developer into a game or into a Subscription Marketplace.

You understand and agree that Valve is not obligated to use, distribute, or continue to distribute copies of any Workshop Contribution and reserves the right, but not the obligation, to restrict or remove Workshop Contributions for any reason.

Specific Workshop-Enabled Apps or Workshop web pages may contain special terms ("App-Specific Terms") that supplement or change the terms set out in this Section. In particular, where Workshop Contributions are distributed for a fee, App-Specific Terms will address how revenue may be shared. Unless otherwise specified in App-Specific Terms (if any), the following general rules apply to Workshop Contributions.

- Workshop Contributions are Subscriptions, and therefore you agree that any Subscriber receiving distribution of your Workshop Contribution will have the same rights to use your Workshop Contribution (and will be subject to the same restrictions) as are set out in this Agreement for any other Subscriptions.

- Notwithstanding the license described in Section 6.A., Valve will only have the right to modify or create derivative works from your Workshop Contribution in the following cases: (a) Valve may make modifications necessary to make your Contribution compatible with Steam and the Workshop functionality or user interface, and (b) Valve or the applicable developer may make modifications to Workshop Contributions that are accepted for in-Application distribution as it deems necessary or desirable to enhance gameplay.

- You may, in your sole discretion, choose to remove a Workshop Contribution from the applicable Workshop pages. If you do so, Valve will no longer have the right to use, distribute, transmit, communicate, publicly display or publicly perform the Workshop Contribution, except that (a) Valve may continue to exercise these rights for any Workshop Contribution that is accepted for distribution in-game or distributed in a manner that allows it to be used in-game, and (b) your removal will not affect the rights of any Subscriber who has already obtained access to a copy of the Workshop Contribution.

Except where otherwise provided in App-Specific Terms, you agree that Valve's consideration of your Workshop Contribution is your full compensation, and you are not entitled to any other rights or compensation in connection with the rights granted to Valve and to other Subscribers.

**C. Promotions and Endorsements**

If you use Steam services (e.g. the Steam Curators' Lists or the Steam Broadcasting service) to promote or endorse a product, service or event in return for any kind of consideration from a third party (including non-monetary rewards such as free games), you must clearly indicate the source of such consideration to your audience.

**D. Representations and Warranties**

You represent and warrant to us that you have sufficient rights in all User Generated Content to grant Valve and other affected parties the licenses described under A. and B. above or in any license terms specific to the applicable Workshop-Enabled App or Workshop page. This includes, without limitation, any kind of intellectual property rights or other proprietary or personal rights affected by or included in the User Generated Content. In particular, with respect to Workshop Contributions, you represent and warrant that the Workshop Contribution was originally created by you (or, with respect to a Workshop Contribution to which others contributed besides you, by you and the other contributors, and in such case that you have the right to submit such Workshop Contribution on behalf of those other contributors).

You furthermore represent and warrant that the User Generated Content, your submission of that Content, and your granting of rights in that Content does not violate any applicable contract, law or regulation.

**7. DISCLAIMERS; LIMITATION OF LIABILITY; NO GUARANTEES; LIMITED WARRANTY**

Prior to acquiring a Subscription, you should consult the product information made available on Steam, including Subscription description, minimum technical requirements, and user reviews.

THIS SECTION DOES NOT REDUCE YOUR MANDATORY CONSUMER RIGHTS UNDER THE LAWS OF YOUR LOCAL JURISDICTION. IN PARTICULAR, SECTIONS 7.A, B, AND C DO NOT APPLY TO EU SUBSCRIBERS.

- FOR NEW ZEALAND SUBSCRIBERS, THIS SECTION 7 DOES NOT EXCLUDE, RESTRICT OR MODIFY THE APPLICATION OF ANY RIGHT OR REMEDY THAT CANNOT BE SO EXCLUDED, RESTRICTED OR MODIFIED INCLUDING THOSE CONFERRED BY THE NEW ZEALAND CONSUMER GUARANTEES ACT 1993. UNDER THIS ACT ARE GUARANTEES WHICH INCLUDE THAT GOODS AND SERVICES ARE OF ACCEPTABLE QUALITY. IF THIS GUARANTEE IS NOT MET THERE ARE ENTITLEMENTS TO HAVE THE SOFTWARE REMEDIED (WHICH MAY INCLUDE REPAIR, REPLACEMENT OR REFUND). IF A REMEDY CANNOT BE PROVIDED OR THE FAILURE IS OF A SUBSTANTIAL CHARACTER, THE ACT PROVIDES FOR A REFUND.

**A. DISCLAIMERS**

VALVE, VALVE EU AND THEIR AFFILIATES AND SERVICE PROVIDERS EXPRESSLY DISCLAIM (i) ANY WARRANTY FOR STEAM, THE CONTENT AND SERVICES, AND THE SUBSCRIPTIONS, AND (ii) ANY COMMON LAW DUTIES WITH REGARD TO STEAM, THE CONTENT AND SERVICES, AND THE SUBSCRIPTIONS, INCLUDING DUTIES OF LACK OF NEGLIGENCE AND LACK OF WORKMANLIKE EFFORT. STEAM, THE CONTENT AND SERVICES, THE SUBSCRIPTIONS, AND ANY INFORMATION AVAILABLE IN CONNECTION THEREWITH ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS, "WITH ALL FAULTS" AND WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NONINFRINGEMENT. ANY WARRANTY AGAINST INFRINGEMENT THAT MAY BE PROVIDED IN SECTION 2-312 OF THE UNITED STATES UNIFORM COMMERCIAL CODE AND/OR IN ANY OTHER COMPARABLE STATE STATUTE IS EXPRESSLY DISCLAIMED. ALSO, THERE IS NO WARRANTY OF TITLE, NON-INTERFERENCE WITH YOUR ENJOYMENT, OR AUTHORITY IN CONNECTION WITH STEAM, THE CONTENT AND SERVICES, THE SUBSCRIPTIONS, OR INFORMATION AVAILABLE IN CONNECTION THEREWITH.

ANY WARRANTY AGAINST INFRINGEMENT THAT MAY BE PROVIDED IN SECTION 2-312 OF THE UNITED STATES UNIFORM COMMERCIAL CODE IS EXPRESSLY DISCLAIMED.

### B. LIMITATION OF LIABILITY

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER VALVE, VALVE EU, THEIR LICENSORS, NOR THEIR AFFILIATES, NOR ANY OF VALVE'S OR VALVE EU'S SERVICE PROVIDERS, SHALL BE LIABLE IN ANY WAY FOR LOSS OR DAMAGE OF ANY KIND RESULTING FROM THE USE OR INABILITY TO USE STEAM, YOUR ACCOUNT, YOUR SUBSCRIPTIONS AND THE CONTENT AND SERVICES INCLUDING, BUT NOT LIMITED TO, LOSS OF GOODWILL, WORK STOPPAGE, COMPUTER FAILURE OR MALFUNCTION, OR ANY AND ALL OTHER COMMERCIAL DAMAGES OR LOSSES. IN NO EVENT WILL VALVE BE LIABLE FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, PUNITIVE OR EXEMPLARY DAMAGES, OR ANY OTHER DAMAGES ARISING OUT OF OR IN ANY WAY CONNECTED WITH STEAM, THE CONTENT AND SERVICES, THE SUBSCRIPTIONS, AND ANY INFORMATION AVAILABLE IN CONNECTION THEREWITH, OR THE DELAY OR INABILITY TO USE THE CONTENT AND SERVICES, SUBSCRIPTIONS OR ANY INFORMATION, EVEN IN THE EVENT OF VALVE'S, VALVE EU'S OR THEIR AFFILIATES' FAULT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY, OR BREACH OF VALVE'S OR VALVE EU'S WARRANTY AND EVEN IF IT HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THESE LIMITATIONS AND LIABILITY EXCLUSIONS APPLY EVEN IF ANY REMEDY FAILS TO PROVIDE ADEQUATE RECOMPENSE.

BECAUSE SOME STATES OR JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR THE LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, IN SUCH STATES OR JURISDICTIONS, EACH OF VALVE, VALVE EU, THEIR LICENSORS, AND THEIR AFFILIATES' LIABILITY SHALL BE LIMITED TO THE FULL EXTENT PERMITTED BY LAW.

### C. NO GUARANTEES

NEITHER VALVE, VALVE EU NOR THEIR AFFILIATES GUARANTEE CONTINUOUS, ERROR-FREE, VIRUS-FREE OR SECURE OPERATION AND ACCESS TO STEAM, THE CONTENT AND SERVICES, YOUR ACCOUNT AND/OR YOUR SUBSCRIPTIONS(S) OR ANY INFORMATION AVAILABLE IN CONNECTION THEREWITH.

### D. LIMITED WARRANTY

CERTAIN HARDWARE PURCHASED FROM VALVE, OR VALVE EU, IS SUBJECT TO A LIMITED WARRANTY, [OR DEPENDING ON YOUR LOCATION, A STATUTORY WARRANTY] WHICH IS DESCRIBED IN DETAIL HERE.

### 8. AMENDMENTS TO THIS AGREEMENT

PLEASE NOTE: If you are a consumer with place of residence in Germany, a different version of Section 8 applies to you, which is available here.

This Agreement may at any time be mutually amended by your explicit consent to changes proposed by Valve. Furthermore, Valve, or if applicable, Valve EU, may amend this Agreement (including any Subscription Terms or Rules of Use) unilaterally at any time in its sole discretion. In this case, you will be notified by e-mail of any amendment to this Agreement made by Valve, or if applicable, Valve EU, within 60 (sixty) days before the entry into force of the said amendment. You can view the Agreement at any time at http://www.steampowered.com/. Your failure to cancel your Account within thirty (30) days after the entry into force of the amendments, will constitute your acceptance of the amended terms. If you don't agree to the amendments or to any of the terms in this Agreement, your only remedy is to cancel your Account or to cease use of the affected Subscription(s). Valve shall not have any obligation to refund any fees that may have accrued to your Account before cancellation of your Account or cessation of use of any Subscription, nor shall Valve have any obligation to prorate any fees in such circumstances.

### 9. TERM AND TERMINATION

#### A. Term

The term of this Agreement (the "Term") commences on the date you first indicate your acceptance of these terms, and will continue in effect until otherwise terminated in accordance with this Agreement.

#### B. Termination by You

You may cancel your Account at any time. You may cease use of a Subscription at any time or, if you choose, you may request that Valve terminate your access to a Subscription. However, Subscriptions are not transferable, and even if your access to a Subscription for a particular game or application is terminated, the original activation key will not be able to be registered to any other account, even if the Subscription was obtained in a retail store. Access to Subscriptions purchased as a part of a pack or bundle cannot be terminated individually, termination of access to one game within the bundle will result in termination of access to all games purchased in the pack. Your cancellation of an Account, or your cessation of use of any Subscription or request that access to a Subscription be terminated, will not entitle you to any refund, including of any Subscription fees. Valve reserves the right to collect fees, surcharges or costs incurred prior to the cancellation of your Account or termination of your access to a particular Subscription. In addition, you are responsible for any charges incurred to third-party vendors or content providers before your cancellation.

#### C. Termination by Valve

Valve may cancel your Account or any particular Subscription(s) at any time in the event that (a) Valve ceases providing such Subscriptions to similarly situated Subscribers generally, or (b) you breach any terms of this Agreement (including any Subscription Terms or Rules of Use). In the event that your Account or a particular Subscription is terminated or cancelled by Valve for a violation of this Agreement or improper or illegal activity, no refund, including of any Subscription fees or of any unused funds in your Steam Wallet, will be granted.

#### D. Survival of Terms

Sections 2(C), 2(D), 2(F), 2(G), 3(A), 3(B), 3(D), 3(H), and 5 - 12 will survive any expiration or termination of this Agreement.

### 10. APPLICABLE LAW/JURISDICTION

For All Customers Outside the European Union:

You agree that this Agreement shall be deemed to have been made and executed in the State of Washington, U.S.A., and any dispute arising hereunder shall be resolved in accordance with the law of Washington excluding the law of conflicts and the Convention on Contracts for the International Sale of Goods. Subject to Section 11 (Dispute Resolution/Binding Arbitration/Class Action Waiver) below,

you agree that any claim asserted in any legal proceeding by you against Valve shall be commenced and maintained exclusively in any state or federal court located in King County, Washington, having subject matter jurisdiction with respect to the dispute between the parties and you hereby consent to the exclusive jurisdiction of such courts. In any dispute arising under this Agreement, the prevailing party will be entitled to attorneys' fees and expenses.

For EU Customers:

You agree that this Agreement shall be deemed to have been made and executed in the Grand Duchy of Luxembourg and that it is subject to the laws of Luxembourg, excluding the law of conflicts and the Convention on Contracts for the International Sale of Goods (CISG). However, where the laws of Luxembourg provide a lower degree of consumer protection than the laws of your country of residence, the consumer protection laws of your country shall prevail. In any dispute arising under this Agreement, the prevailing party will be entitled to attorneys' fees and expenses.

11. DISPUTE RESOLUTION/BINDING ARBITRATION/CLASS ACTION WAIVER

This Section 11 shall apply to the maximum extent permitted by applicable law. If the laws of your jurisdiction prohibit the application of some or all of the provisions of this Section notwithstanding Section 10 (Applicable Law/Jurisdiction), such provisions will not apply to you. IN PARTICULAR, IF YOU ARE AN EU SUBSCRIBER, THIS SECTION 11 DOES NOT APPLY TO YOU.

Most user concerns can be resolved by use of our Steam support site at https://support.steampowered.com/. If Valve is unable to resolve your concerns and a dispute remains between you and Valve, this Section explains how the parties have agreed to resolve it.

YOU AND VALVE AGREE TO RESOLVE ALL DISPUTES AND CLAIMS BETWEEN US IN INDIVIDUAL BINDING ARBITRATION. THAT INCLUDES, BUT IS NOT LIMITED TO, ANY CLAIMS ARISING OUT OF OR RELATING TO: (i) ANY ASPECT OF THE RELATIONSHIP BETWEEN US; (ii) THIS AGREEMENT; OR (iii) YOUR USE OF STEAM, YOUR ACCOUNT OR THE CONTENT AND SERVICES. IT APPLIES REGARDLESS OF WHETHER SUCH CLAIMS ARE BASED IN CONTRACT, TORT, STATUTE, FRAUD, UNFAIR COMPETITION, MISREPRESENTATION OR ANY OTHER LEGAL THEORY.

However, this Section does not apply to the following types of claims or disputes, which you or Valve may bring in any court with jurisdiction: (i) claims of infringement or other misuse of intellectual property rights, including such claims seeking injunctive relief; and (ii) claims related to or arising from any alleged unauthorized use, piracy or theft.

This Section does not prevent you from bringing your dispute to the attention of any federal, state, or local government agencies that can, if the law allows, seek relief from us for you.

An arbitration is a proceeding before a neutral arbitrator, instead of before a judge or jury. Arbitration is less formal than a lawsuit in court, and provides more limited discovery. It follows different rules than court proceedings, and is subject to very limited review by courts. The arbitrator will issue a written decision and provide a statement of reasons if requested by either party. YOU UNDERSTAND THAT YOU AND VALVE ARE GIVING UP THE RIGHT TO SUE IN COURT AND TO HAVE A TRIAL BEFORE A JUDGE OR JURY.

You and Valve agree to make reasonable, good faith efforts to informally resolve any dispute before initiating arbitration. A party who intends to seek arbitration must first send the other a written notice that describes the nature and basis of the claim or dispute and sets forth the relief sought. If you and Valve do not reach an agreement to resolve that claim or dispute within 30 days after the notice is received, you or Valve may commence an arbitration. Written notice to Valve must be sent via postal mail to: ATTN: Arbitration Notice, Valve Corporation, P.O. Box 1688, Bellevue, WA 98004.

The Federal Arbitration Act applies to this Section. The arbitration will be governed by the Commercial Arbitration Rules of the American Arbitration Association ("AAA") and, where applicable, the AAA's Supplementary Procedures for Consumer Related Disputes, as modified by this Agreement, both of which are available at http://www.adr.org. The arbitrator is bound by the terms of this Agreement.

The AAA will administer the arbitration. It may be conducted through the submission of documents, by phone, or in person in the county where you live or at another mutually agreed location.

If you seek $10,000 or less, Valve agrees to reimburse your filing fee and your share of the arbitration costs, including your share of arbitrator compensation, at the conclusion of the proceeding, unless the arbitrator determines your claims are frivolous or costs are unreasonable as determined by the arbitrator. Valve agrees not to seek its attorneys' fees or costs in arbitration unless the arbitrator determines your claims are frivolous or costs are unreasonable as determined by the arbitrator. If you seek more than $10,000, the arbitration costs, including arbitrator compensation, will be split between you and Valve according to the AAA Commercial Arbitration Rules and the AAA's Supplementary Procedures for Consumer Related Disputes, if applicable.

YOU AND VALVE AGREE NOT TO BRING OR PARTICIPATE IN A CLASS OR REPRESENTATIVE ACTION, PRIVATE ATTORNEY GENERAL ACTION OR COLLECTIVE ARBITRATION, EVEN IF AAA'S PROCEDURES OR RULES WOULD OTHERWISE ALLOW ONE. THE ARBITRATOR MAY AWARD RELIEF ONLY IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT OF THAT PARTY'S INDIVIDUAL CLAIM. You and Valve also agree not to seek to combine any action or arbitration with any other action or arbitration without the consent of all parties to this Agreement and all other actions or arbitrations.

If the agreement in this Section not to bring or participate in a class or representative action, private attorney general action or collective arbitration should be found illegal or unenforceable, you and Valve agree that it shall not be severable, that this entire Section shall be unenforceable and any claim or dispute would be resolved in court and not in collective arbitration.

Notwithstanding this Section, you have the right to litigate any dispute in small claims court, if all the requirements of the small claims court, including any limitations on jurisdiction and the amount at issue in the dispute, are satisfied.

12. MISCELLANEOUS

Except as otherwise expressly set forth in this Agreement, in the event that any provision of this Agreement shall be held by a court or other tribunal of competent jurisdiction to be unenforceable, such provision will be enforced to the maximum extent permissible and the remaining portions of this Agreement shall remain in full force and effect. This Agreement, including any Subscription Terms, Rules of Use, the Valve Privacy Policy, and the Valve Hardware Warranty Policy, constitutes and contains the entire agreement between the parties with respect to the subject matter hereof and supersedes any prior oral or written agreements. You agree that this Agreement is not intended to confer and does not confer any rights or remedies upon any person other than the parties to this Agreement.

Valve's and, as applicable, Valve EU's, obligations are subject to existing laws and legal process and Valve and, as applicable, Valve EU's, may comply with law enforcement or regulatory requests or requirements notwithstanding any contrary term.

Steam Subscriber Agreement

You agree to comply with all applicable import/export laws and regulations. You agree not to export the Content and Services or Hardware or allow use of your Account by individuals of any terrorist supporting countries to which encryption exports are at the time of exportation restricted by the U.S. Bureau of Export Administration. You represent and warrant that you are not located in, under the control of, or a national or resident of any such prohibited country.

This Agreement was last updated on January 1st, 2016 ("Revision Date"). If you were a Subscriber before the Revision Date, it replaces your existing agreement with Valve or Valve EU on the day that you explicitly accept it. If you prefer to continue using Steam and your existing Subscriptions under the version of the Agreement in effect prior to the Revision Date, you are free to do so.

Privacy Feedback

ABOUT STEAM      ABOUT VALVE      HELP      NEWS FEEDS

VALVE   © 2016 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries.
VAT included in all prices where applicable.   Privacy Policy  |  Legal  |  Steam Subscriber Agreement  |  Refunds

About Valve  |  Business Solutions  |  Steamworks  |  Jobs  |  Steam Distribution  |  f Steam   @steam_games