UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Michael John McLeod, et al.<br>Individually And On Behalf of All Others<br>Similarly Situated,<br><br>        **PLAINTIFFS,**<br>vs.<br><br>VALVE CORPORATION<br>a Washington corporation,<br><br>        **DEFENDANT** | CASE NO. 0:16-cv-01018-AWT<br><br>JURY TRIAL DEMANDED |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Plaintiff Michael John McLeod ("Plaintiff"), by counsel, hereby submits the following notice of voluntary dismissal without prejudice pursuant to F.R.C.P. 41(a)(1)(A)(i). Each party shall bear its own costs and fees.

| | | |
|---|---|---|
| Dated: August 5, 2016 | By: | /s/ Neal L. Moskow |

Neal L. Moskow, Esq.
Fed. Bar. No. CT 04516
Ury & Moskow, L.L.C.
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone (203) 610-6393
Facsimile: (203) 610-6399
neal@urymoskow.com

Paul C. Whalen (PW1300)
LAW OFFICE OF PAUL C. WHALEN, P.C.
768 Plandome Road
Manhasset, NY 11030
(516) 426-6870 telephone
(212) 658-9685 facsimile
pcwhalen@gmail.com

Jasper D. Ward IV
Alex C. Davis
Patrick Walsh
JONES WARD PLC
Marion E. Taylor Building
312 S. Fourth Street, Sixth Floor
Louisville, Kentucky 40202
Tel. (502) 882-6000
Fax (502) 587-2007
jasper@jonesward.com
alex@jonesward.com
patrick@jonesward.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August, 2016, a copy of the foregoing Notice of Dismissal Without Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(i) was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/ Neal L. Moskow

Neal L. Moskow, Esq.
Fed. Bar. No. CT 04516
Ury & Moskow, L.L.C.
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone (203) 610-6393
Facsimile: (203) 610-6399
neal@urymoskow.com